# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 19-sw-06256-STV　　　　　　　　　　　　　　　　**Filed Under Restriction**

IN THE MATTER OF THE SEARCH OF
Precise Location Information and Data/GPS
Information on a Cellular Telephone Assigned
Call Number (970) 539-7403

## MOTION TO UNRESTRICT CASE

The United States of America respectfully moves this Court to unrestrict this case so that the government can disclose documents to defense counsel in *United States v. Flores*, No. 19-cr-00522-WJM-1. This case was restricted at Level 3 until further order of the Court in order to protect an ongoing investigation. That investigation has concluded and all defendants have been arrested. As a consequence, the case no longer needs to be restricted. Unrestricting the case, moreover, will allow the government to satisfy its discovery obligations as to the relevant defendants by disclosing certain documents in this case.

Dated:  January 21, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JASON R. DUNN
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:  s/ *Rajiv Mohan*
　　　　　　　　　　　　　　　　　　　　　Rajiv Mohan
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　　1801 California Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　Telephone: 303-454-0200
　　　　　　　　　　　　　　　　　　　　　Fax:  303-454-0406
　　　　　　　　　　　　　　　　　　　　　E-mail:  Rajiv.Mohan@usdoj.gov